**Order entered December 13, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00623-CR
No. 05-19-00624-CR

**ENRIQUE PERALTA, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-75329-S & F18-75330-S**

## ORDER

Before the Court is the State's December 11, 2019 second motion to extend the time to file its brief. The brief, received with the motion, identifies under-aged children by name. This Court does not allow a party to file a brief that discloses the names of child victims, child witnesses, or any other children discussed or identified at trial. *See* TEX. R. APP. P. 9.10(b) ("Unless a court orders otherwise, an electronic or paper filing with the court, including the contents of any appendices, must not contain sensitive data."), *id.* 9.10(a)(3) ("*Sensitive Data Defined.* Sensitive data consists of . . . a birth date, a home address, and the name of any person who was a minor at the time the offense was committed."). Accordingly, we **STRIKE** the State's tendered brief.

We **ORDER** the State to file, within **TEN DAYS** of the date of this order, an amended brief that identifies under-aged children either generically (for example, "victim" or "appellant's son") or by initials only, even when quoting relevant portions of the record.  We will defer ruling on the State's motion for an extension of time until the amended brief complying with this order is received.


/s/    LANA MYERS
       JUSTICE